UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-mj-1009

FILED
JAN 20 2012
DEN... IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER TO SEAL |
| V. ) | CRIMINAL COMPLAINT, |
| ) | AFFIDAVIT, ARREST WARRANT, |
| ) | and MOTION TO SEAL |
| NEVINE ALY ELSHIEKH ) | |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Complaint, Affidavit and Arrest Warrant in the above-referenced matter, as well as the Motion to Seal, and this Order to Seal the same be sealed by the Clerk until further order by this Court, except that a certified copy of the same be provided to the Office of the United States Attorney.

This 20 day of January, 2012.

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE